**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  2:10-CR-474-KJD (PAL) |
| | ) |
| JACOB CARL TILP and | ) |
| PHILLIP H. EDER, | ) |
| | ) |
| Defendants. | ) |

**AMENDED FINAL ORDER OF FORFEITURE**

On April 13, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture as to PHILLIP H. EDER pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant PHILLIP H. EDER to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant PHILLIP H. EDER pled guilty.  Docket #1, #34, #35, #36.

On July 13, 2011, the United States District Court for the District of Nevada entered a Final Order of Forfeiture as to Defendant PHILLIP H. EDER pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of the defendant PHILLIP H. EDER to the United States.  #44.

. . .

This Court finds the United States of America published the notice of the forfeiture as to defendant PHILLIP H. EDER in accordance with the law in the *Las Vegas Review-Journal/Sun* on April 16, 2011, April 23, 2011, and April 30, 2011, notifying all parties of their right to petition the Court. #37.

On June 7, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture as to JACOB CARL TILP pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant JACOB CARL TILP to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant JACOB CARL TILP pled guilty. #1, #40, #41, #42.

On September 7, 2011, the United States District Court for the District of Nevada entered a Final Order of Forfeiture as to Defendant JACOB CARL TILP pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of the defendant JACOB CARL TILP to the United States. #50.

On October 5, 2011, the United States District Court for the District of Nevada entered an amended Final Order of Forfeiture as to defendant JACOB CARL TILP pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of the defendant JACOB CARL TILP to the United States. #53.

This Court finds the United States of America published the notice of the forfeiture as to defendant JACOB CARL TILP in accordance with the law in the *Las Vegas Review-Journal/Sun* on June 25, 2011, July 2, 2011, and July 9, 2011, notifying all parties of their right to petition the Court. #46.

On August 29, 2011, ALEJANDRO FLORES and ERIC FLORES were served by personal service with a copy of the Preliminary Order of Forfeiture and the Notice. #47.

On August 30, 2011, BRIAN HEIST was served by personal service with a copy of the Preliminary Order of Forfeiture and the Notice. #48.

On October 19, 2011, BRIAN HEIST filed his Petition, Stipulation for Return of Property and Order. #54. On October 21, 2011, the Court entered the Order granting the Petition, Stipulation for Return of Property for BRIAN HEIST. #55.

This Court finds no other petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. a Sun Devil, AR-15, 5.56 caliber semi-automatic rifle, serial number 4834;
2. a Remington, 870 Magnum Express, 12 gauge pump action shotgun, serial number C773740M;
3. a Henry Repeating Arms, .22 caliber level action rifle, serial number 408443H;
4. a Ruger, model 10/22, .22 caliber, semi-automatic rifle, serial number 249-21420; and
5. any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

. . .

1 | The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2 | certified copies to the United States Attorney's Office.
3 | DATED this __16__ day of __November__, 2011.

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Dana A. Chrystall, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the Amended Final Order of Forfeiture on November 15, 2011, by the below identified method of service:

CM/ECF:

James A Oronoz
James A. Oronoz, Chtd.
700 S. Third Street
Las Vegas, NV 89101
Email: jim@oronozlawyers.com
*Counsel to the Defendant Jacob Tilp*

Paul Riddle
Federal Public Defender
411 E. Bonneville Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@FD.ORG
*Counsel to the Defendant Phillip H. Eder*

Rene Valladares
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101
Email: Rene_Valladares@fd.org
*Counsel to the Defendant Phillip H. Eder*

/s/ Dana A. Chrystall
Dana A. Chrystall
Forfeiture Support Associate Paralegal